UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

WILBERT BRYANT                              :

                Plaintiff(s)         :     **JUDGMENT**

      (vs)                              :     Civil #08-01164 (RBK)

                                      :

BAYSIDE STATE PRISON, ET AL.               :

               Defendant(s)

---

The Hon. John Bissell, Special Master, appointed by this Court having found on April 11, 2008, and no timely objection having been filed,

IT IS, on this 21 day of July, 2008

ORDERED that the report of Hon. John Bissell dated April 11, 2008 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Wilbert Bryant.**

                                                            HON. ROBERT B. KUGLER, U.S.D.J.